1
2
3
4
5

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 3:12-CR-081-LRH-(VPC) |
| ANTONIO SERVIDIO, | ) |
| Defendant. | ) |

## PRELIMINARY ORDER OF FORFEITURE

This Court finds that on June 11, 2014, defendant ANTONIO SERVIDIO pled guilty to Count Three of a Nine-Count Superseding Indictment charging him with Structuring Monetary Instruments in violation of Title 31, United States Code, Section 5324(a)(3). Superseding Indictment, ECF No. 28; Change of Plea, ECF No. 68; Plea Agreement, ECF No. 69.

This Court finds defendant ANTONIO SERVIDIO agreed to the forfeiture of the property set forth in the Plea Agreement, the Bill of Particulars for Superseding Indictment, and the Forfeiture Allegation of the Superseding Indictment. Superseding Indictment, ECF No. 28; Bill of Particulars for Superseding Indictment, ECF No. 32; Change of Plea, ECF No. 68; Plea Agreement, ECF No. 69.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Plea Agreement, the Bill of Particulars for the Superseding Indictment, and the Forfeiture Allegation of the Superseding Indictment and the offense to which defendant ANTONIO SERVIDIO pled guilty.

. . .

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c) and Title 31, United States Code, Section 5317(c)(1):

1. real property located at 2233 Kietzke Lane #H, Reno, Washoe County, Nevada, more particularly described as:

    Parcel One:

    Unit 117 in Block 4 of the AMENDED PLAT OF SIERRA CEDARS CONDOMINIUMS, according to the map thereof, filed in the office of the County Recorder of Washoe County, State of Nevada, on October 26, 1979, as Document No. 638134, as Tract Map No. 1893.

    Parcel Two:

    The exclusive right to use the Limited Common Area consisting of the carport and a balcony or patio appurtenant to Parcel 1 as shown on the AMENDED PLAT OF SIERRA CEDARS CONDOMINIUMS, according to the map thereof, filed in the office of the County Recorder of Washoe County, State of Nevada, on October 26, 1979, as Document No. 638134, as Tract Map No. 1893.

    Parcel Three:

    An undivided 1/176th interest in all of the Common Area of the AMENDED PLAT OF SIERRA CEDARS CONDOMINIUMS, according to the map thereof, filed in the office of the County Recorder of Washoe County, State of Nevada, on October 26, 1979, as Document No. 638134, as Tract Map No. 1893.

    A.P.N. 015-311-22

2. real property located at 859 Nutmeg Place #1, Reno, Washoe County, Nevada, more particularly described as:

    Parcel One:

    Unit 1 in Block C as shown on the Amended Plat of SUMMERSNOW CONDOMINIUMS, a condominium, according to the map thereof, filed in the office of the County Recorder of Washoe County, State of Nevada, on August 2, 1979, as File No. 621100, and as Tract Map No. 1872, now known as ALPINE VISTA TOWNHOMES by Change Name and Amended Legal description of

SUMMERSNOW CONDOMINIUMS, recorded March 23, 1983, as File No. 844804, Official Records.

Parcel Two:

Parking Space 1-C for SUMMERSNOW CONDOMINIUMS, a condominium, according to the map thereof, filed in the office of the County Recorder of Washoe County, State of Nevada, on August 2, 1979, as File No. 621100 and as Tract Map No. 1872, now known as ALPINE VISTA TOWNHOMES by Change of Name and Amended Legal Description of SUMMERSNOW CONDOMINIUMS, recorded March 23, 1983, as File No. 844804, Official Records.

Parcel Three:

An undivided 1/189th interest in and to Unit 12, Block F as shown on the Amended Plat of SUMMERSNOW CONDOMINIUMS, a condominium, according to the map thereof, filed in the office of the County Recorder of Washoe County, State of Nevada, on August 2, 1979, as File No. 621100, and as Tract Map No. 1872, now known as ALPINE VISTA TOWNHOMES by Change of Name and Amended Legal Description of SUMMERSNOW CONDOMINIUMS, recorded March 23, 1983, as File No. 844804, Official Records.

Parcel Four:

An undivided 1/189th interest in and to the Common Area as shown on the Amended Plat of SUMMERSNOW CONDOMINIUMS, a condominium, according to the map thereof, filed in the office of the County Recorder of Washoe County, State of Nevada, on August 2, 1979 as File No. 621100 and as Tract Map No. 1872, now known as ALPINE VISTA TOWNHOMES by change of Name and Amended Legal Description of SUMMERSNOW CONDOMINIUMS, recorded March 23, 1983, as File No. 844804, Official Records.

A.P.N. 020-373-32

3. real property located at 5090 Tahiti Way #4, Reno, Washoe County, Nevada, more particularly described as:

Parcel One:

Unit 4 of Lot 15 in Block B as shown on the official plat of SMITHRIDGE GREENS UNIT NO. 2, a Condominium subdivision, according to the map thereof, filed in the office of the County Recorder of Washoe County, State of Nevada, on September 4, 1970, as File No. 184222, as Tract Map No. 1178.

Parcel Two:

An undivided 1/4 interest in Lot 15 in Block B as shown on the official plat of SMITHRIDGE GREENS UNIT NO. 2, a Condominium subdivision, filed in the office of the County Recorder of Washoe County, State of Nevada, filed on September 4, 1970, as File No. 184222.

Parcel Three:

An undivided 1/88 interest in the "Common Area" B as shown on the official plat of SMITHRIDGE GREENS UNIT NO. 2, a Condominium subdivision, filed in the office of the County Recorder of Washoe County, State of Nevada, on September 4, 1970, as File No. 184222.

A.P.N. 025-140-32

4. real property located at 1196-1198 Virbel Lane, Reno, Washoe County, Nevada, more particularly described as:

Parcel 1-2 of Parcel Map 4159 for BLUE MATRIX LLC (being a portion of the Northwest 1/4 of Section 30, Township 19 North, Range 20 East, Mount Diablo Base and Meridian), according to the map thereof, filed in the office of the County Recorder of Washoe County, State of Nevada, on March 18, 2004, as File No. 3008117, Official Records.

A.P.N. 020-313-26

5. real property located at 2209 Kietzke Lane #C, Reno, Washoe County, Nevada, more particularly described as:

Parcel One:

Unit 19 in Block 1 of the AMENDED PLAT OF SIERRA CEDARS CONDOMINIUMS, according to the map thereof, filed in the office of the County Recorder of Washoe County, State of Nevada, on October 26, 1979, as Document No. 638134, as Tract Map No. 1893.

Parcel Two:

The exclusive right to use the Limited Common Area consisting of the carport and a balcony or patio appurtenant to Parcel 1 as shown on the AMENDED PLAT OF

SIERRA CEDARS CONDOMINIUMS, according to the map thereof, filed in the office of the County Recorder of Washoe County, State of Nevada, on October 26, 1979, as Document No. 638134, as Tract Map No. 1893.

Parcel Three:

An undivided 1/176th interest in all of the Common Area of the AMENDED PLAT OF SIERRA CEDARS CONDOMINIUMS, according to the map thereof, filed in the office of the County Recorder of Washoe County, State of Nevada, on October 26, 1979, as Document No. 638134, as Tract Map No. 1893.

A.P.N. 015-313-27

6. proceeds from the April sale by XYZ Real Estate, LLC, of real property located at 4604 Neil Road #106, Reno, Washoe County, Nevada;

7. proceeds from the May 2013 sale by TVS N.V.1, LLC, of real property located at 859 Nutmeg Place #2, Reno, Washoe County, Nevada;

8. proceeds from the May 2013 sale by TVS N.V.1, LLC, of real property located at 4604 Neil Road #112, Reno, Washoe County, Nevada;

9. proceeds from the March 2013 sale by XYZ Real Estate, LLC, of real property located at 859 Nutmeg Place #5, Reno, Washoe County, Nevada;

10. proceeds from the May 2013 sale by TVS N.V.1, LLC, of real property located at 765 Jamaica Avenue #1, Reno, Washoe County, Nevada;

11. real property located at 2357 Yori Avenue, Reno, Washoe County, Nevada, more particularly described as:

Commencing at the East quarter section corner of Section 24, Township 19 North, Range 19 East, M.D.B.&M.; thence South 0°35' West 16.4 feet; thence South 89°51' West 31.54 feet; thence North 0°03' West 895.86 feet to the Northerly right of way line of Grove Street as shown on License Survey No. 156640; thence North 89°07' West, along said Northerly right of way line of Grove Street, 1307.6 feet; thence North 0°03' West 251.89 feet to the true point of beginning; thence North 89°07' West 75.0 feet; thence North 0°03' West 79.0 feet; thence South 89°07' East 77.33 feet to a point on a curve to the left; thence Southerly along said curve with a radius of 151.30 feet and through a central angle of 10°04'16", an arc distance of 26.59 feet; thence South 0°03'

East 52.51 feet to the true point of beginning; being a portion of Lot 14 in Block F of HILLBRAE TRACT, as shown on License Survey No. 156640.

A.P.N. 015-262-02

12. proceeds from the April 2013 sale by TVS N.V.1, LLC, of real property located at 2100 Patton Drive, Reno, Washoe County, Nevada;

13. proceeds from the April 2013 sale by XYZ Real Estate, LLC, of real property located at 1920 Wilder Street, Reno, Washoe County, Nevada;

14. real property located at 1230-1232 Virbel Lane, Reno, Washoe County, Nevada, more particularly described as:

Parcel 2-1 of Parcel Map 4160 for Blue Matrix LLC, according to the map thereof, filed in the Office of the County Recorder of Washoe County, State of Nevada, on March 18, 2004 as File No. 3008118, Official Records.

A.P.N. 020-313-29

15. proceeds from the September 2012 sale by XYZ Real Estate, LLC, of real property located at 2215 Yori Avenue, Reno, Washoe County, Nevada;

16. proceeds from the March 2013 sale by XYZ Real Estate, LLC, of real property located at 859 Nutmeg Place #19, Reno, Washoe County, Nevada;

17. proceeds from the May 2013 sale by XYZ Real Estate, LLC, of real property located at 2510, 2520, 2530 and 2540 Yori Avenue, Reno, Washoe County, Nevada;

18. proceeds from the March 2013 sale of a 2009 Rolls Royce Drophead Phantom, VIN # SCA2D68579UX16262;

19. a vehicle identified as a 2007 Mercedes Benz S65, VIN# WDDNG79X37A103191; and

20. a vehicle identified as 2011 Bentley Muslanne VIN# SCBBB7ZH8BC015662

(all of which constitutes the "property" subject to this order).

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of ANTONIO SERVIDIO in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or entity who claims an interest in the aforementioned property must file a petition for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, which petition shall be signed by the petitioner under penalty of perjury pursuant to Title 21, United States Code, Section 853(n)(3) and Title 28, United States Code, Section 1746, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property and any additional facts supporting the petitioner's petition and the relief sought.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, Bruce R. Thompson U.S. Courthouse and Federal Building, 400 South Virginia Street, 3rd Floor, Reno, NV 89501, no later than thirty (30) days after the notice is sent or, if direct notice was not sent, no later than sixty (60) days after the first day of the publication on the official internet government forfeiture site, www.forfeiture.gov.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

> Greg Addington
> Assistant United States Attorney
> 100 West Liberty Street, Suite 600
> Reno, NV 89501

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this 1st day of July, 2014.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE