**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | 3:12-CR-081-LRH-(VPC) |
| ANTONIO SERVIDIO, | ) ) ) | |
| Defendant. | ) | |

**FINAL ORDER OF FORFEITURE AS TO UNCONTESTED PROPERTIES ONLY**

On July 1, 2014, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c) and Title 31, United States Code, Section 5317(c)(1) based upon the plea of guilty by defendant ANTONIO SERVIDIO to the criminal offense, forfeiting the property set forth in the Plea Agreement, the Bill of Particulars, and the Forfeiture Allegations of the Superseding Indictment and shown by the United States to have the requisite nexus to the offense to which defendant ANTONIO SERVIDIO pled guilty. Superseding Indictment, ECF No. 28; Bill of Particulars, ECF No. 32; Change of Plea, ECF No. 68; Plea Agreement, ECF No. 69; Preliminary Order of Forfeiture, ECF No. 72.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from July 9, 2014, through August 7, 2014, notifying all potential third parties; and notified known third parties

by personal service or by regular mail and certified mail return receipt requested, of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 75.

On August 7, 2014, the Internal Revenue Service served TVS N.V.1, LLC, C/O Antonio Servidio, Managing Member with the Preliminary Order of Forfeiture and the Notice (ECF No. 74, p. 2).

On July 28, 2014, the Internal Revenue Service personally served XYZ Real Estate, LLC C/O Martin Weiner, Esq. with the Preliminary Order of Forfeiture and the Notice (ECF No. 74, p. 3).

On July 28, 2014, the Internal Revenue Service personally served XYZ Real Estate, LLC C/O Hardy Law Group, Registered Agent, with the Preliminary Order of Forfeiture and the Notice (ECF No. 74, p. 4).

On July 28, 2014, the Internal Revenue Service personally served XYZ Real Estate, LLC C/O Del Hardy, Managing Member, with the Preliminary Order of Forfeiture and the Notice (ECF No. 74, p. 5).

On July 28, 2014, the Internal Revenue Service personally served TVS N.V.1, LLC C/O Lance P. Maiss, Registered Agent, with the Preliminary Order of Forfeiture and the Notice (ECF No. 74, p. 6).

On July 28, 2014, the Internal Revenue Service personally served the Washoe County Recorder's Office with the Preliminary Order of Forfeiture and the Notice (ECF No. 74, p. 7).

On July 28, 2014, the Internal Revenue Service personally served the Washoe County Treasurer with the Preliminary Order of Forfeiture and the Notice (ECF No. 74, p. 8-9).

On August 6, 2014, a joint petition was filed on behalf of XYZ Real Estate, LLC, and Del Hardy pursuant to 21 USC § 853(n) wherein the joint petitioners challenge the forfeiture of their alleged interests in certain specified properties only (ECF No. 73). The joint petition, which has not yet been adjudicated by the Court, alleges the following properties only, as numerically designated in the Preliminary Order of Forfeiture, to be exempt in whole or in part from the forfeiture claims of the United States:

1. Real property located at 2233 Kietzke Lane, #H, Reno, NV (A.P.N. 015-311-22);

3. Real property located at 5090 Tahiti Way, #4, Reno, NV (A.P.N. 025-140-32);

11. Real property located at 2357 Yori Avenue, Reno, NV (A.P.N. 015-262-02);

14. Real property located at 1230-1232 Virbel Lane, Reno, NV (A.P.N. 020-313-29);

6. Proceeds from April 2013 sale of real property located at 4604 Neil Road, #106, Reno, NV;

9. Proceeds from March 2013 sale of real property located at 859 Nutmeg Place, #5, Reno, NV;

13. Proceeds from April 2013 sale of real property located at 1920 Wilder Street, Reno, NV;

15. Proceeds from September 2012 sale of real property located at 2215 Yori Avenue, Reno, NV;

16. Proceeds from March 2013 sale of real property located at 859 Nutmeg Place, #19, Reno, NV;

17. Proceeds from May 2013 sale of real property located at 2510-2540 Yori Avenue, Reno, NV.

The above-described properties, which are the subject of the joint petition by XYZ Real Estate, LLC, and Del Hardy, are specifically and expressly excluded from the scope of this Final Order of Forfeiture as to Uncontested Assets and will be the subject of a subsequent Order by the Court.

As to the properties identified below and which are not the subject of the joint petition by XYZ Real Estate, LLC, and Del Hardy, this Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

The United States has acknowledged that liens for delinquent property taxes, together with interest and accruals thereon, owed to Washoe County Treasurer regarding certain of the properties identified below are exempt from the United States' forfeiture claims herein and will be paid upon sale of the corresponding property to which the respective lien attaches to the extent the sales proceeds are sufficient to satisfy said delinquency. As of August 31, 2014, the amounts of the property tax liens are as follows: 1) as to 859 Nutmeg Place #1 (A.P.N. 020-373-32), $1,279.68; 2) as to 1196-1198 Virbel Lane (A.P.N. 020-313-26), $3,022.71; 3) as to 2209 Kietzke Lane, #C (A.P.N. 015-313-27), $1,359.17.

The United States has acknowledged that a lien for delinquent homeowner's association fees, together with interest and accruals thereon, owed to Alpine Vista II Homeowner's Association regarding the property located at 859 Nutmeg Place, #1, is exempt from the United States' forfeiture claims herein and will be paid upon sale of that property to the extent the sales proceeds are sufficient to satisfy said delinquency.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that, except for the property tax liens and homeowner's association lien described above, all right, title, and interest in the

property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 31, United States Code, Section 5317(c)(1); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

2. real property located at 859 Nutmeg Place #1, Reno, Washoe County, Nevada, more particularly described as:

Parcel One:

Unit 1 in Block C as shown on the Amended Plat of SUMMERSNOW CONSDOMINIUMS, a condominium, according to the map thereof, filed in the office of the County Recorder of Washoe County, State of Nevada, on August 2, 1979, as File No. 621100, and as Tract Map No. 1872, now known as ALPINE VISTA TOWNHOMES by Change Name and Amended Legal description of SUMMERSNOW CONDOMINIUMS, recorded March 23, 1983, as File No. 844804, Official Records.

Parcel Two:

Parking Space 1-C for SUMMERSNOW CONDOMINIUMS, a condominium, according to the map thereof, filed in the office of the County Recorder of Washoe County, State of Nevada, on August 2, 1979, as File No. 621100 and as Tract Map No. 1872, now known as ALPINE VISTA TOWNHOMES by Change of Name and Amended Legal Description of SUMMERSNOW CONDOMINIUMS, recorded March 23, 1983, as File No. 844804, Official Records.

Parcel Three:

An undivided 1/189th interest in and to Unit 12, Block F as shown on the Amended Plat of SUMMERSNOW CONDOMINIUMS, a condominium, according to the map thereof, filed in the office of the County Recorder of Washoe County, State of Nevada, on August 2, 1979, as File No. 621100, and as Tract Map No. 1872, now known as ALPINE VISTA TOWNHOMES by Change of Name and Amended Legal Description of SUMMERSNOW CONDOMINIUMS, recorded March 23, 1983, as File No. 844804, Official Records.

Parcel Four:

An undivided 1/189th interest in and to the Common Area as shown on the Amended Plat of SUMMERSNOW CONDOMINIUMS, a condominium, according to the map thereof, filed in the office of the County Recorder of Washoe County, State of Nevada, on August 2, 1979 as File No. 621100 and as Tract Map No. 1872, now known as ALPINE VISTA

TOWNHOMES by change of Name and Amended Legal Description of SUMMERSNOW CONDOMINIUMS, recorded March 23, 1983, as File No. 844804, Official Records.

A.P.N. 020-373-32

4. real property located at 1196-1198 Virbel Lane, Reno, Washoe County, Nevada, more particularly described as:

Parcel 1-2 of Parcel Map 4159 for BLUE MATRIX LLC (being a portion of the Northwest 1/4 of Section 30, Township 19 North, Range 20 East, Mount Diablo Base and Meridian), according to the map thereof, filed in the office of the County Recorder of Washoe County, State of Nevada, on March 18, 2004, as File No. 3008117, Official Records.

A.P.N. 020-313-26

5. real property located at 2209 Kietzke Lane #C, Reno, Washoe County, Nevada, more particularly described as:

Parcel One:

Unit 19 in Block 1 of the AMENDED PLAT OF SIERRA CEDARS CONDOMINIUMS, according to the map thereof, filed in the office of the County Recorder of Washoe County, State of Nevada, on October 26, 1979, as Document No. 638134, as Tract Map No. 1893.

Parcel Two:

The exclusive right to use the Limited Common Area consisting of the carport and a balcony or patio appurtenant to Parcel 1 as shown on the AMENDED PLAT OF SIERRA CEDARS CONDOMINIUMS, according to the map thereof, filed in the office of the County Recorder of Washoe County, State of Nevada, on October 26, 1979, as Document No. 638134, as Tract Map No. 1893.

Parcel Three:

An undivided 1/176th interest in all of the Common Area of the AMENDED PLAT OF SIERRA CEDARS CONDOMINIUMS, according to the map thereof, filed in the office of the County Recorder of Washoe County, State of Nevada, on October 26, 1979, as Document No. 638134, as Tract Map No. 1893.

A.P.N. 015-313-27

7. proceeds from the May 2013 sale by TVS N.V.1, LLC, of real property located at 859 Nutmeg Place #2, Reno, Washoe County, Nevada;

5

8. proceeds from the May 2013 sale by TVS N.V.1, LLC, of real property located at 4604 Neil Road #112, Reno, Washoe County, Nevada;

10. proceeds from May 2013 sale by TVS N.V.1, LLC, of real property located at 765 Jamaica Avenue #1, Reno, Washoe County, Nevada;

12. proceeds from the April 2013 sale by TVS N.V.1, LLC, of real property located at 2100 Patton Drive, Reno, Washoe County, Nevada;

18. Proceeds from the March 2013 sale of a 2009 Rolls Royce Drophead Phantom, VIN # SCA2D68579UX16262;

19. a vehicle indentified as a 2007 Mercedes Benz S65, VIN# WDDNG79X37A103191; and

20. a vehicle identified as 2011 Bently Muslanne VIN# SCBBB7ZH8BC015662.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this 27th day of January, 2015.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE