MARTIN H. WIENER
NBN 2115
316 South Arlington Avenue
Reno, Nevada 89501
(775) 322-4008

DEL HARDY
NBN 1172
Hardy Law Group
96 & 98 Winter Street
Reno, Nevada 89503
(775) 322-7422
ATTORNEYS FOR CLAIMANTS

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTONIO SERVIDIO,<br><br>Defendant. | Case No. 3:12-CR-0081 LRH-VPC<br><br>**JOINT STATUS REPORT AND REQUEST TO RESCHEDULE STATUS HEARING** |
| XYZ REAL ESTATE, LLC and DEL HARDY,<br><br>Third-Party Claimants. | |

The parties, through undersigned counsel, jointly notify the Court of the present status of this case, and request a continuance of the scheduled July 22, 2015 status hearing.

A hearing was held on May 28, 2015, which proceedings were memorialized in a Stipulation And Order (Doc #108) and in the Court's Minute Order (Doc #109). The parties agreed to, and the Court approved, a stay of the forfeiture proceedings, including a stay on any new discovery. However, the Court would retain the authority to address matters involving existing discovery and other pre-hearing and discovery-related issues or disputes.

- 1 -

1   A status hearing was scheduled for July 22, 2015.

2   Since those events, there has been no activity in connection with the third-party
3   claim litigation while the parties have considered their relative positions and the possibility
4   of a criminal prosecution. However, there are potential conflicts surrounding past
5   discovery that the parties intend to resolve by meeting and conferring, and Claimants may
6   file motions concerning one or more matters related to future discovery and hearing
7   preparation. These matters will not have ripened for the Court's attention until after the
8   July 22 hearing date.

9   As a result, the parties recommend and request that the status hearing be continued
10  for 45-60 days.

DANIEL G. BOGDEN
United States Attorney

By: /s/                                             /s/
    GREG ADDINGTON                          MARTIN H. WIENER
    Assistant United States Attorney        Attorney for Claimants
    Attorney for Plaintiff

7/9/15                                              7/9/15
DATE                                                DATE

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
DATED:_____

N:\BJO\CLIENTS\Hardy\JointStatusRpt.wpd

- 2 -