UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>Plaintiff, )<br>vs. )<br>ANTONIO SERVIDIO, )<br>Defendant. )<br>_____ )<br>XYZ REAL ESTATE, LLC and )<br>DEL HARDY, )<br>Third-Party Claimants. )<br>_____ ) | Case No. 3:12-CR-0081 LRH-VPC<br><br>ORDER APPROVING<br>JOINT STATUS REPORT AND<br>REQUEST TO RESCHEDULE<br>STATUS HEARING |

The parties, through undersigned counsel, jointly notify the Court of the present status of this case, and request a continuance of the scheduled November 9, 2015 status hearing.

At a May 28, 2015 hearing, the Court issued a stay of the forfeiture proceedings and of any discovery. Since then, there has been no activity in connection with the third-party claim litigation, during which time the parties have considered their relative positions and the possibility of a criminal prosecution. However, there are potential conflicts surrounding past discovery and Claimants may file motions concerning matters related to future discovery and hearing preparation. These matters may require the

- 1 -

Court's attention, and as a result, the parties recommend and request that the status hearing be continued for approximately 60 days.

DANIEL G. BOGDEN
United States Attorney

By: /s/  GREG ADDINGTON
Assistant United States Attorney
Attorney for Plaintiff

/s/ MARTIN H. WIENER
Attorney for Claimants

11/6/15
DATE

11/6/15
DATE

IT IS ORDERED that the Status Conference currently scheduled on November 9, 2015, be vacated and continued to Monday, January 11, 2016, at 3:30 p.m. in Reno Courtroom 3 before Judge Larry R. Hicks. IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE
DATED: November 9, 2015

- 2 -