UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       vs.<br><br>ANTONIO SERVIDIO,<br><br>              Defendant.<br><br>XYZ REAL ESTATE, LLC and DEL HARDY,<br><br>              Third-Party Claimants. | Case No. 3:12-CR-0081 LRH-VPC<br><br>ORDER APPROVING<br>**JOINT STATUS REPORT AND REQUEST TO RESCHEDULE STATUS HEARING** |

The parties, through undersigned counsel, jointly notify the Court of the present status of this case, and request a continuance of the scheduled January 11, 2016 status hearing.

The Court has issued a stay of the forfeiture proceedings and of any discovery in this matter because of a pending criminal investigation concerning the Third Party Claimants.

A new development has increased the parties' concern about this issue. On December 1, 2015, numerous federal agents executed a search warrant at the office of the Third Party Claimants. The parties agree that no action by the Court is required at this

- 1 -

time, and that a rescheduling of the status hearing will avoid any prejudice to the parties' positions.

As a result, the parties recommend and request that the status hearing be continued for approximately 90 days.

DANIEL G. BOGDEN
United States Attorney

By: /s/  
GREG ADDINGTON  
Assistant United States Attorney  
Attorney for Plaintiff

/s/  
MARTIN H. WIENER  
Attorney for Claimants

1/8/16  
DATE

1/8/16  
DATE

IT IS ORDERED that the Status Hearing currently set on Monday, January 11, 2016, is continued to Monday, April 4, 2016, at 11:00 a.m. in Reno Courtroom 3 before Judge Larry R. Hicks.

IT IS SO ORDERED

_____  
UNITED STATES DISTRICT JUDGE  
DATED: 1/8/16

N:\BJO\CLIENTS\Hardy\JointStatusRpt4.wpd

- 2 -