# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No.: 3:12-CR-00081-LRH-VPC |
| ) | |
| vs. ) | |
| ) | |
| ANTONIO SERVIDIO, ) | |
| ) | |
| Defendant. ) | **ORDER REGARDING:** |
| _____ ) | |

## **MOTION FOR RETURN OF PASSPORT**

COMES NOW, Defendant, ANTONIO SERVIDIO, by and through his undersigned Counsel, The Law Office of David R. Houston, DAVID R. HOUSTON, ESQ., and hereby moves this Honorable Court for an Order instructing Pre-Trial Services to return Defendant's Passport.

As this Court may be aware, Defendant was required to surrender his Passport as a condition of his Pre-Trial Release. Since that time, the Defendant, pursuant to negotiations, has entered a plea and further, based upon the results of Sentencing in this matter, will surrender himself to the designated Federal Institution on July 15, 2016.

//

//

//

Counsel has been requested by Defendant Servidio to seek the return of his Passport to his father, Ralph Servidio, in that Defendant was advised, Pre-Trial Services would not return said Passport absent an Order of the Court; hence the purpose of Counsel's Motion.

Dated this 18th day of July, 2016.

         Respectfully submitted,

         LAW OFFICE OF DAVID R. HOUSTON
         43 Court Street
         Reno, Nevada 89501

         By:/s/ David. R. Houston
            David R. Houston, Esq.

## **ORDER**

IT IS HEREBY ORDERED that defendant's motion for return of passport (ECF No. 143) is GRANTED in part. Defendant's passport shall be returned to either Antonio Servidio or or his designated representative upon defendant's release from federal custody.

IT IS SO ORDERED.

DATED this 22nd day of July, 2016.

         _____
         LARRY R. HICKS
         UNITED STATES DISTRICT JUDGE

## **INDEX OF EXHIBITS**

1. Affidavit of Antonio Servidio

*Exhibit 1*

*Exhibit 1*

# AFFIDAVIT OF ANTONIO SERVIDIO

STATE OF NEVADA      )
                     )ss.
COUNTY OF CLARK      )

I, Antonio Servidio, do hereby swear under penalty of perjury of law the assertions of this affidavit are true and correct, as follows:

1. That your affiant is turning himself in to Federal custody on July 15, 2016.
2. That your affiant has turned over to pretrial services his United States of America passport.
3. That your Affiant does not wish to leave his United States of America passport with the Federal Court system and as a consequence, has requested his passport be turned over to his father, Ralph Servidio.
4. Counsel provides this affidavit to evidence his desire and intention to see his passport turned over to his father, Ralph Servidio, upon his voluntary surrender to the designated Federal facility.
5. Your affiant, Antonio Servidio, also requests the Pretrial Services Division cause to be placed in the United States mail, his United States of America passport and the same sent to his father, Ralph Servidio, at 7703 Calm Waters Street, Las Vegas, Nevada 89131.

FURTHER AFFIANT SAYETH NOT.
DATED this 12 day of July, 2016.

_____
Antonio Servidio

State of Nevada
County of Clark

SUBSCRIBED and SWORN to before me this 12th day of July, 2016.

_____
NOTARY PUBLIC in and for said
Clark County and State of Nevada.

ESTEBAN REY
NOTARY PUBLIC
STATE OF NEVADA
My Commission Expires: 2-11-2019
Certificate No: 07-1347-1

1