1
2
3
4
5
6                  UNITED STATES DISTRICT COURT
7                       DISTRICT OF NEVADA
8                              * * *
9  UNITED STATES OF AMERICA,        Case No. 3:12-cr-00081-LRH-VPC
10                      Plaintiff,  ORDER
11      v.
12 ANTONIO SERVIDIO,
13
14                      Defendant.

15   Before the court is defendant Antonio Servidio's Motion Requesting a Judicial Recommendation Concerning Length of RRC/Halfway House Placement (ECF No. 48[1]).

18   It appears from defendant's motion that he seeks a recommendation from the court that the Bureau of Prisons redesignate the place of his imprisonment to a residential re-entry center or a halfway house for a period of the final nine months of his prison sentence.

22   It is within the exclusive jurisdiction of the Bureau of Prisons to redesignate the place of a prisoner's imprisonment to a residential re-entry center ("RRC"), or halfway house, over a period of up to a maximum of twelve months of a defendant's remaining prison sentence. Title 18 U.S.C. § 3621(b). The court understands that it is common for some prisoners, particularly those without significant prior criminal records, to receive a redesignation by the Bureau of Prisons to an RRC or Halfway House over the final six

---

[1] Refers to the court's docket number.

month period of a prisoner's sentence and that a one year redesignation is relatively uncommon.

The court has fully considered defendant's motion, has carefully reviewed the sentencing of defendant, as well as his Presentence Investigation Report, and is unpersuaded that the court should recommend a redesignation of nine months in his case. The court is confident that the current practices and policies of the Bureau of Prisons will satisfy the defendant's needs for successful reintegration into the community.

Defendant Servidio's Motion Requesting a Judicial Recommendation Concerning Length of RRC/Halfway House Placement (ECF No. 148) is DENIED.

IT IS SO ORDERED.

DATED this 7th day of March, 2017.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE