UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

UNITED STATES,

    Plaintiff,

v.

ANTONIO SERVIDIO,

    Defendants.

Case No. 3:12-cr-00081-LRH-VPC

ORDER

Before the court is the United States' motion to unseal the plea agreement (ECF No. 69), motion for downward departure (ECF Nos. 129, 130), and any portion of sealed transcripts. ECF No. 153.

On June 11, 2014, the court sealed the aforementioned documents upon motion by the United States. The court's order required that the aforementioned documents would only be unsealed upon order of the court. Since the court's order, the Grand Jury returned an indictment against defendant's alleged co-conspirator Delmar Hardy and has initiated a separate criminal action against that defendant. As such, the United States contends that it has completed its investigation and therefore the basis for sealing the aforementioned documents no longer exists. *See* ECF No. 153. Further, the United States contends that it will be required to produce the aforementioned documents as part of its discovery obligations for the other criminal action and defendant himself has been called as a witness in the other action. *Id.* Therefore, the court finds

that good cause exists to unseal the aforementioned documents. Accordingly, the court shall grant the United States' motion.

IT IS THEREFORE ORDERED that the United States' motion to unseal (ECF No. 153) is GRANTED.

IT IS FURTHER ORDERED that the plea agreement (ECF No. 69), motion for downward departure (ECF Nos. 129, 130), and any portion of sealed transcripts be UNSEALED.

IT IS SO ORDERED.

DATED this 5th day of September, 2017.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE