UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:12-cr-00081-LRH-VPC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ANTONIO SERVIDIO, | September 11, 2017 |
| Defendant. | |

PRESENT: <u>THE HONORABLE LARRY R. HICKS</u>, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: <u>  NONE APPEARING  </u>    REPORTER: <u> NONE APPEARING </u>

COUNSEL FOR PLAINTIFF(S): <u>        NONE APPEARING        </u>

COUNSEL FOR DEFENDANT(S): <u>        NONE APPEARING        </u>

**MINUTE ORDER IN CHAMBERS**:

    Before the court is defendant Antonio Servidio's Motion to Withdraw Motion Seeking Return of Passport (ECF No. 152) in which defendant moves the court for leave to withdraw his Motion for Return of Passport (ECF No. 151) on the ground that it was filed prematurely. Good cause appearing,

    IT IS HEREBY ORDERED that defendant's Motion to Withdraw Motion Seeking Return of Passport (ECF No. 152) is GRANTED.

    IT IS SO ORDERED.

                                        Debra K. Kempi, CLERK

                                        By: <u>        /s/        </u>

                                                Deputy Clerk